No. 78–185. American International Reinsurance Co., Inc. v. AIRCO, Inc. C. C. P. A. Certiorari denied.

No. 78–192. Olitt v. Association of the Bar of the City of New York. App. Div., Sup. Ct. N. Y., 1st Jud. Dept. Certiorari denied.

No. 78–195. Reichel v. District 27, United Steelworkers, et al. Ct. App. Ohio, Stark County. Certiorari denied.

No. 78–197. Wilkins v. United States. C. A. 9th Cir. Certiorari denied.

No. 78–202. Deason v. United States District Court for the District of New Mexico. C. A. 10th Cir. Certiorari denied.

No. 78–204. Rabon v. Guardsmark, Inc. C. A. 4th Cir. Certiorari denied.

No. 78–206. Nunley v. Guido, Commissioner of Police of Nassau County. App. Div., Sup. Ct. N. Y., 2d Jud. Dept. Certiorari denied.

No. 78–208. Sitkin Smelting & Refining Co., Inc., et al. v. FMC Corp. C. A. 3d Cir. Certiorari denied.

No. 78–214. Duncan et al. v. Brondes Ford Sales, Inc., et al. Ct. App. Ohio, Lucas County. Certiorari denied.

No. 78–219. Missouri ex rel. Utility Consumers Council of Missouri, Inc. v. Public Service Commission of Missouri et al. Ct. App. Mo., St. Louis Dist. Certiorari denied.